# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**Kroger Pay**

# US9280689B2

United States

Inventor          Marvin T. Ling

Current Assignee  Individual

Worldwide applications

2011  WO  ~~EP~~  US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments

arrow_upward

101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Kroger Pay* has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.<br><br><br><br>**Kroger Pay**<br><br>Scan your digital coupons and Shopper's Card, plus pay with your phone, all in one step.<br><br>**Set Up Kroger Pay**    **Kroger Pay In Store**    **Kroger Pay at the Pump**<br><br><https://www.kroger.com/d/kroger-mobile-pay#kpinstore> |



| | | |
|---|---|---|
| | | ### Dictionary |

Definitions from Oxford Languages · <u>Learn more</u>

## trans·ac·tion
/tranˈzakSHən,tran(t)ˈsakSHən/

*noun*

noun: **transaction**; plural noun: **transactions**

- an instance of buying or selling something; a business deal.
  "in an ordinary commercial transaction a delivery date is essential"
  Similar:  ( deal )  ( business )  ( agreement )  ( undertaking )  ( affair )  ( arrangement )  ( ⌄ )
- the action of conducting business.
  Similar:  ( negotiation )  ( conduct )  ( conducting )  ( carrying out )  ( performance )  ( ⌄ )
- an exchange or interaction between people.
  "intellectual transactions in the classroom"
- published reports of proceedings at the meetings of a learned society.
  Similar:  ( proceedings )  ( affairs )  ( concerns )  ( dealings )  ( matters )  ( activities )  ( ⌄ )
- an input message to a computer system that must be dealt with as a single unit of work.

<*https://www.google.com/search?q=transaction+define*> *@ 2025*

| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a* **personal code** **["nx8LNDgxMzAzMzMwMzVXCpmZAnFhAtJwUACfJQIxWZ85AQp"]** *to a person for their use to* **purchase goods** **["Kroger Pay transactions"]**.<br><br>*For example, the system provides a unique digital code (like a secure ID) to a customer, which the customer then uses to make Kroger Pay transactions.* |
| | | ***personal code***<br><br>**nx8LNDgxMzAzMzMwMzVXCpmZAnFhAtJwUACfJQIxWZ85AQp**<br><br><*https://www.reddit.com/r/softwaregore/comments/16k3ond/are_you_enjoying_kroger_pay/*> *2023* |
| | | ***purchase goods*** |

|     |     |     |
| --- | --- | --- |
|     |     | ³**Mobile Wallet and Kroger Pay 5% Cash Back**: Kroger Pay non-fuel transactions earn 5% cash back on the first $3,000 in purchases each calendar year and 2% on amounts above that. <u>Kroger Pay transactions</u> at Fuel Centers do not earn rewards. Mobile wallet transactions (excluding Kroger Pay) earn 5% on the first $3,000 in purchases each calendar year and 1% on amounts above that, regardless of where the transaction was made, including Kroger Family of Companies locations. "Mobile wallet" means Apple Pay®, Samsung Pay, Google Wallet®, and Garmin Pay Unlike Google Wallet®, Google Pay® may not qualify as a mobile wallet and earn additional cash back, depending on how the transaction is completed. We cannot control how mobile wallet transactions are designated and reserve the right to determine which purchases qualify for additional cash back. If a Kroger Pay or Mobile Wallet transaction might also qualify as a rewards category transaction, then the card issuer has sole discretion on how to categorize the transaction. "Calendar Year" is defined as the period of time starting with your January statement (which may include transactions made in December) and running through your December statement (which may not include all transactions made in December).<br><br><*https://www.kroger.com/d/kroger-mobile-pay#kpinstore*> |
| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | *(b) converting said* **personal code** **["nx8LNDgxMzAzMzMwMzVXCpmZAnFhAtJwUACfJQIxWZ85AQp"]** *into barcode format to form a* **User ID Barcode** **[SEE IMAGE]***, said* **User ID Barcode** **[SEE IMAGE]** *corresponding to said* **personal code** **["nx8LNDgxMzAzMzMwMzVXCpmZAnFhAtJwUACfJQIxWZ85AQp"]** *and including at least one* **special character** **[DIFFERENT CODES, "n"]** *to distinguish the barcode as a* **User ID Barcode** **[SEE IMAGE]** *from a* **product barcode** **[SEE IMAGE]***.*<br><br>*For example, the system takes the customer's unique digital code and converts it into a barcode. This barcode acts as the customer's User ID Barcode. To make sure it isn't confused with an ordinary product barcode, the User ID Barcode includes at least one extra distinguishing code.*<br><br>**personal code**<br><br>**nx8LNDgxMzAzMzMwMzVXCpmZAnFhAtJwUACfJQIxWZ85AQp**<br><br>**Is decoded from the following barcode.** |



<https://www.reddit.com/r/softwaregore/comments/16k3ond/are_you_enjoying_kroger_pay/> 2023

**User ID Barcode**



*25*

*joying_kroger_*

*product barcode*



|  |  |  |
|---|---|---|
|  |  | **Classic Franks Hot Dogs**<br>★★★☆☆ 3.2 (15) View All Reviews<br>12 oz UPC: 0001590013401<br>⊙ Located in MEAT<br><br>**Everyday Low Price**<br>$**1**25<br>$0.10/oz<br>SNAP EBT Eligible<br><br>**Purchase Options:** Pickup<br>Pickup  Delivery<br>Sign In to Add<br><br><*https://www.kroger.com/p/classic-franks-hot-dogs/0001590013401?fulfillment=PICKUP*> |
| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said* **personal code** **["nx8LNDgxMzAzMzMwMzVXCpmZAnFhAtJwUACfJQIxWZ85AQp"]** *in said* **User ID Barcode** **[SEE IMAGE]** *format by said person for use to* **purchase goods** **["Kroger Pay transactions"]** *and storing said* **personal code** **["nx8LNDgxMzAzMzMwMzVXCpmZAnFhAtJwUACfJQIxWZ85AQp"]** *in a* **User Vendor Management Server** **["Authorization Server (Kroger API)"]** *to permit purchases to be made at a vendor.*<br><br>*For example, the customer keeps their unique code in the form of a User ID Barcode to use during Kroger Pay transactions. At the same time, the same code is stored on Kroger's Authorization Server (Kroger API) so that purchases can be approved and completed at the store.* |
|  |  | **personal code**<br><br>**nx8LNDgxMzAzMzMwMzVXCpmZAnFhAtJwUACfJQIxWZ85AQp**<br><br><*https://www.reddit.com/r/softwaregore/comments/16k3ond/are_you_enjoying_kroger_pay/*> 2023 |
|  |  | **User ID Barcode** |



| | | |
|---|---|---|
| | | [3]**Mobile Wallet and Kroger Pay 5% Cash Back**: Kroger Pay non-fuel transactions earn 5% cash back on the first $3,000 in purchases each calendar year and 2% on amounts above that. <u>Kroger Pay transactions</u> at Fuel Centers do not earn rewards. Mobile wallet transactions (excluding Kroger Pay) earn 5% on the first $3,000 in purchases each calendar year and 1% on amounts above that, regardless of where the transaction was made, including Kroger Family of Companies locations. "Mobile wallet" means Apple Pay®, Samsung Pay, Google Wallet®, and Garmin Pay Unlike Google Wallet®, Google Pay® may not qualify as a mobile wallet and earn additional cash back, depending on how the transaction is completed. We cannot control how mobile wallet transactions are designated and reserve the right to determine which purchases qualify for additional cash back. If a Kroger Pay or Mobile Wallet transaction might also qualify as a rewards category transaction, then the card issuer has sole discretion on how to categorize the transaction. "Calendar Year" is defined as the period of time starting with your January statement (which may include transactions made in December) and running through your December statement (which may not include all transactions made in December).<br><br>*<https://www.kroger.com/d/kroger-mobile-pay#kpinstore>* |
| | | ***User Vendor Management Server***<br><br><br><br>*<https://developer-ce.kroger.com/documentation/public/security/guides-oauth#:~:text=The%20Kroger%20authorization%20server%20uses,and%20authorize%20all%20API%20requests.>* |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a **User Account [**"digital wallet accounts"**] in a **User Vendor Management Server [**"Authorization Server (Kroger API)"**] corresponding to said **personal code[**"nx8LNDgxMzAzMzMwMzVXCpmZAnFhAtJwUACfJQIxWZ85AQp"**].**<br><br>For example, a digital wallet account is set up on Kroger's Authorization Server (Kroger API). This account is directly linked to the customer's unique code (the long string of letters and numbers).* |
| | | ***User Account***<br><br>## About Account Funding<br>Turn cash into digital dollars - Skip the lines and head straight to checkout for a quicker way to use cash to fund your <u>digital wallet accounts</u> and pay your everyday bills, all from your mobile phone. Fees may apply, see provider for details.<br><br>*<https://www.kroger.com/i/account-funding#:~:text=In%20the%20checklane%20or%20at,a%20transaction%20up%20to%20%242%2C999.>* |

For the User Vendor Management Server row:

***User Vendor Management Server***



Authorization Server (Kroger API) — The authorization server verifies the identity of the resource owner and authorizes all token requests. The authorization server is represented by the OAuth2 authorization endpoints.

*User Vendor Management Server*

| Authorization Server (Kroger API) | The authorization server verifies the identity of the resource owner and authorizes all token requests. The authorization server is represented by the OAuth2 authorization endpoints. |
|---|---|

<*https://developer-ce.kroger.com/documentation/public/security/guides-oauth#:~:text=The%20Kroger%20authorization%20server%20uses,and%20authorize%20all%20API%20requests.*>

*personal code*

**nx8LNDgxMzAzMzMwMzVXCpmZAnFhAtJwUACfJQIxWZ85AQp**

<*https://www.reddit.com/r/softwaregore/comments/16k3ond/are_you_enjoying_kroger_pay/*> 2023

| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *(e) depositing funds ["deposit funds"] in said User Account ["digital wallet accounts"] to establish a credit limit["limits of funds"].*<br><br>*For example, money is added to the customer's digital wallet account on Kroger's system. This sets the spending limit for that account.* |
|---|---|---|

*User Account*

## About Account Funding

Turn cash into digital dollars - Skip the lines and head straight to checkout for a quicker way to use cash to fund your digital wallet accounts and pay your everyday bills, all from your mobile phone. Fees may apply, see provider for details.

<*https://www.kroger.com/i/account-funding#:~:text=In%20the%20checkline%20or%20at,a%20transaction%20up%20to%20%20%20242%2C999.*>

*depositing funds*

How do I deposit funds into my digital account?                    ^

Generate a barcode from the app or digital account you are trying to load and simply scan at the register to complete your transaction. Note, barcodes typically expire an hour after being generated.

<*https://www.kroger.com/i/account-funding#:~:text=In%20the%20checkline%20or%20at,a%20transaction%20up%20to%20%202*

|   |   |   |
|---|---|---|
|   |   | *0%242%2C999.>* |
|   |   | **credit limit** |
|   |   | Are there <u>limits of funds</u> needed to fund my digital account? ⌃<br><br>Yes, limits vary by provider. See provider for details. |
|   |   | <*https://www.kroger.com/i/account-funding#:~:text=In%20the%20checklane%20or%20at,a%20transaction%20up%20to%20%2 0%242%2C999.>* |
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | *(f) conducting purchases at vendors each having a **vendor server ["Authorization Server (Kroger API)"]** wherein each purchase includes scanning **product barcode [SEE IMAGE]**s including **product price ["$1.25"]** and said **User ID Barcode [SEE IMAGE]** with a **product barcode [SEE IMAGE]** scanner **["scanner"]** at the **vendor cash register ["checkout process"]** and transmitting both **product barcode [SEE IMAGE]**s and **User ID Barcode [SEE IMAGE]** to said **vendor server ["Authorization Server (Kroger API)"]**.*<br><br>*For example, when a customer makes a purchase at a store, the cashier scans both the product barcodes (for example, an item costing $1.25) and the customer's Kroger Pay ID barcode. Both sets of information are sent to Kroger's secure server (the Authorization Server) to process the payment.* |
|   |   | **product price** |



**Classic Franks Hot Dogs**
★★★☆☆ 3.2 (15) View All Reviews
12 oz UPC: 0001590013401
⊙ Located in MEAT

**Everyday Low Price**
**$125**
$0.10/oz
SNAP EBT Eligible

**Purchase Options:** Pickup
Pickup    Delivery
Sign In to Add

<*https://www.kroger.com/p/classic-franks-hot-dogs/0001590013401?fulfillment=PICKUP>*

**User ID Barcode**





### Classic Franks Hot Dogs

★★★☆☆ 3.2 (15) View All Reviews

12 oz UPC: 0001590013401

⊙ Located in MEAT

**Everyday Low Price**

**$1**25

$0.10/oz

SNAP EBT Eligible

**Purchase Options:** Pickup

Pickup   Delivery

Sign In to Add

<https://www.kroger.com/p/classic-franks-hot-dogs/0001590013401?fulfillment=PICKUP>

*scanner*

#### How to Scan & Pay at Self-Checkout ︿

Before you begin scanning your items, hold the QR code over the scanner and wait for the beep. Next, tap "Pay" on the checkout screen, then "Mobile Pay" to wrap it up.

#### How to Scan & Pay at Checkout Lane ︿

At any time during the checkout process, show the checkout associate your QR code (not pictures of your dog), and you're done! Now, show the dog pics.

<https://www.kroger.com/d/kroger-mobile-pay#kpinstore>

*vendor cash register*

| | | |
|---|---|---|
| | | **How to Scan & Pay at Self-Checkout** ∧<br><br>Before you begin scanning your items, hold the QR code over the scanner and wait for the beep. Next, tap "Pay" on the checkout screen, then "Mobile Pay" to wrap it up.<br><br>**How to Scan & Pay at Checkout Lane** ∧<br><br>At any time during the <u>checkout process</u>, show the checkout associate your QR code (not pictures of your dog), and you're done! Now, show the dog pics.<br><br><*https://www.kroger.com/d/kroger-mobile-pay#kpinstore*> |
| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the **User ID Barcode** [SEE IMAGE] at the **vendor server** ["Authorization Server (Kroger API)"] and forwarding the ID Barcode and **purchase price** ["$1.25"] to said **User Vendor Management Server** ["Authorization Server (Kroger API)"].*<br><br>*For example, Kroger's server recognizes the **customer's ID barcode** when it is received. It then links this barcode with the purchase amount (for example, **$1.25**) and sends both pieces of information to the Authorization Server for processing.*<br><br>***User ID Barcode*** |





| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *(h) comparing the* **purchase price ["$1.25"]** *with the funds in said* **User Vendor Management Server ["Authorization Server (Kroger API)"]** *to determine if there are available funds within the* **credit limit ["limits of funds"]** *in the* **User Vendor Management Server ["Authorization Server (Kroger API)"]** *account, and if there are, sending an* **approval signal ["If the transaction is approved"]** *to the* **vendor server ["Authorization Server (Kroger API)"]**.*

*For example, the system checks whether the* **purchase amount ($1.25)** *is covered by the* **funds in the customer's account** *stored on Kroger's server. If there is enough money within the account limits, the system* **approves the transaction** *and sends an approval notice back to the Authorization Server.* |
|  |  | ***purchase price*** |



### Classic Franks Hot Dogs

★★★☆☆ 3.2 (15)  View All Reviews

12 oz UPC: 0001590013401

Located in MEAT

**Everyday Low Price**

$125

$0.10/oz

SNAP EBT Eligible

**Purchase Options:** Pickup

Pickup    Delivery

Sign In to Add

<*https://www.kroger.com/p/classic-franks-hot-dogs/0001590013401?fulfillment=PICKUP*>

---

*User Vendor Management Server*

**Authorization Server (Kroger API)** — The authorization server verifies the identity of the resource owner and authorizes all token requests. The authorization server is represented by the OAuth2 authorization endpoints.

<*https://developer-ce.kroger.com/documentation/public/security/guides-oauth#:~:text=The%20Kroger%20authorization%20server%20uses,and%20authorize%20all%20API%20requests.*>

---

*credit limit*

Are there limits of funds needed to fund my digital account? ∧

Yes, limits vary by provider. See provider for details.

<*https://www.kroger.com/i/account-funding#:~:text=In%20the%20checkline%20or%20at,a%20transaction%20up%20to%20%242%2C999.*>

---

*approval signal*

<table>
<tr><td></td><td></td><td>

To pay for a purchase using Kroger Pay, you must open the Kroger Pay functionality with the App on your mobile phone and authenticate your identity when prompted via PIN, fingerprint or facial recognition. Once you are authenticated, Kroger Pay will generate and deliver a transaction-specific QR (Quick Response) Code to your mobile phone that you must scan at the POS (manned or self-checkout) to initiate payment at checkout. The QR Code includes your Kroger Co. Family of Stores Rewards program information as well as your tokenized payment card information. <u>If the transaction is approved</u>, a printed receipt will be available at checkout. The Kroger Pay wallet supports split tender transactions to the extent otherwise permitted at the point of sale at the Kroger Family of Companies.

<*https://developer-ce.kroger.com/documentation/public/security/guides-oauth#:~:text=The%20Kroger%20authorization%20server%20uses,and%20authorize%20all%20all%20API%20requests.*>

</td></tr>
<tr><td>

1.9

</td><td>

(i) forwarding the approval signal to the vendor cash register; and

</td><td>

*(i) forwarding the **approval signal** **["If the transaction is approved"]** to the **vendor cash register** **["checkout process"]**.*

*For example, If the payment is approved, Kroger Pay sends this approval back to the checkout system so the purchase can be completed.*

---

***approval signal***
To pay for a purchase using Kroger Pay, you must open the Kroger Pay functionality with the App on your mobile phone and authenticate your identity when prompted via PIN, fingerprint or facial recognition. Once you are authenticated, Kroger Pay will generate and deliver a transaction-specific QR (Quick Response) Code to your mobile phone that you must scan at the POS (manned or self-checkout) to initiate payment at checkout. The QR Code includes your Kroger Co. Family of Stores Rewards program information as well as your tokenized payment card information. <u>If the transaction is approved</u>, a printed receipt will be available at checkout. The Kroger Pay wallet supports split tender transactions to the extent otherwise permitted at the point of sale at the Kroger Family of Companies.

*https://developer-ce.kroger.com/documentation/public/security/guides-oauth#:~:text=The%20Kroger%20authorization%20server%20uses,and%20authorize%20all%20all%20API%20requests.*

---

***vendor cash register***

</td></tr>
</table>

<table>
<tr><td></td><td></td><td>

### How to Scan & Pay at Self-Checkout ⌃

Before you begin scanning your items, hold the QR code over the scanner and wait for the beep. Next, tap "Pay" on the checkout screen, then "Mobile Pay" to wrap it up.

---

### How to Scan & Pay at Checkout Lane ⌃

At any time during the <u>checkout process</u>, show the checkout associate your QR code (not pictures of your dog), and you're done! Now, show the dog pics.

<*https://www.kroger.com/d/kroger-mobile-pay#kpinstore*>

</td></tr>
<tr><td>1.10</td><td>(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.</td><td>

*(i) repeating steps (f) through (i) for subsequent **purchase transactions** **["Kroger Pay transactions"]** using said **User ID Barcode** **[SEE IMAGE]**.*

*For example, for each new purchase, Kroger Pay repeats the same process (scanning the product and user barcode, checking available funds, and approving the payment) using the same User ID Barcode.*

</td></tr>
<tr><td></td><td></td><td>

***purchase transactions***

[3]**Mobile Wallet and Kroger Pay 5% Cash Back**: Kroger Pay non-fuel transactions earn 5% cash back on the first $3,000 in purchases each calendar year and 2% on amounts above that. <u>Kroger Pay transactions</u> at Fuel Centers do not earn rewards. Mobile wallet transactions (excluding Kroger Pay) earn 5% on the first $3,000 in purchases each calendar year and 1% on amounts above that, regardless of where the transaction was made, including Kroger Family of Companies locations. "Mobile wallet" means Apple Pay®, Samsung Pay, Google Wallet®, and Garmin Pay Unlike Google Wallet®, Google Pay® may not qualify as a mobile wallet and earn additional cash back, depending on how the transaction is completed. We cannot control how mobile wallet transactions are designated and reserve the right to determine which purchases qualify for additional cash back. If a Kroger Pay or Mobile Wallet transaction might also qualify as a rewards category transaction, then the card issuer has sole discretion on how to categorize the transaction. "Calendar Year" is defined as the period of time starting with your January statement (which may include transactions made in December) and running through your December statement (which may not include all transactions made in December).

<*https://www.kroger.com/d/kroger-mobile-pay#kpinstore*>

</td></tr>
<tr><td></td><td></td><td>

***User ID Barcode***

</td></tr>
</table>



- **PRODUCT/SERVICE = "*Kroger Pay*"**

- **approval signal = "If the transaction is approved"**
- **credit limit = "limits of funds"**
- **depositing funds = "deposit funds"**
- **personal code = "*nx8LNDgxMzAzMzMwMzVXCpmZAnFhAtJwUACfJQIxWZ85AQp*"**
- **product barcode = *SEE IMAGE***
- **product price = "$1.25"**
- **purchase goods = "Kroger Pay transactions"**
- **purchase price = "$1.25"**
- **purchase transactions = "Kroger Pay transactions"**
- **scanner = "scanner"**
- **special character = DIFFERENT CODES, "*n*"**
- **User Account = "digital wallet accounts"**

|  |  | <ul><li>***User ID Barcode = SEE IMAGE***</li><li>***User Vendor Management Server = "Authorization Server (Kroger API)"***</li><li>***vendor cash register = "checkout process"***</li><li>***vendor server = "Authorization Server (Kroger API)"***</li></ul> |
|---|---|---|