IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE KROGER CO.,<br><br>    Defendant. | Case No. 7:25-cv-00401-DC-DTG |

**STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant The Kroger Co. ("Kroger") respectfully requests a forty-five day extension of time to respond to the Complaint filed by Plaintiff Wolverine Barcode IP, LLC ("Wolverine"). Kroger's current deadline to respond is October 17, 2025. Kroger's counsel has only recently been retained and additional time is necessary to review and prepare an appropriate response. Accordingly, Kroger requests that the deadline be extended to December 1, 2025. Counsel for Kroger has conferred with Wolverine's counsel, who has agreed to and stipulated to the requested extension.

Dated: October 16, 2025

Respectfully submitted,

By: */s/ William P. Atkins*
William P. Atkins
PILLSBURY WINTHROP SHAW PITTMAN
7900 Tysons Place; Suite 500
McLean, Virginia 22102
Phone: 703-770-7900
Fax: 703/770-7901
Email: william.atkins@pillsburylaw.com

**ATTORNEY FOR THE KROGER CO.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3). As such, this document was served on all parties appearing in the above-captioned case who have consented to electronic service via the Court's CM/ECF system on October 16, 2025.

By: /s/ *Michelle Baltimore*
      Michelle Baltimore