IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:25-CV-401-DC-DTG |
| **THE KROGER CO.,** | § | |
| *Defendant,* | § | |

**ORDER GRANTING FIRST MOTION FOR EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 10)**

Before the Court is the defendant, The Kroger Co.'s first unopposed motion for an extension of time to respond to the complaint (Dkt. No. 1). The defendant requests a forty-five (45) day extension of time to respond to the plaintiff's complaint. Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the defendant, The Kroger Co., shall respond to the complaint on or before December 1, 2025.

**SIGNED** this 17th day of October, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE