# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** **Plaintiff,** | **Civil Action No. 7:25-cv-00401-DC-DTG** |
| **v.** | |
| **THE KROGER CO.,** **Defendant** | **JURY TRIAL DEMANDED** |

## AGREED MOTION FOR ENTRY OF SCHEDULING ORDER

Wolverine Barcode IP, LLC ("Wolverine") respectfully requests entry of the attached agreed scheduling order for this case. Plaintiff and Defendants conferred on January 13 and 16, 2026 and are in agreement on the dates in the attached scheduling order. The Order for this Motion is the Agreed Scheduling Order.

Sincerely,

**Ramey LLP**

*/s/William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
446 Heights Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***

2

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendants on January 13 and 16, 2026 and the parties are in agreement on the dates in the attached scheduling order.

*/s/ William P. Ramey, III*
William P. Ramey, III

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of January 16, 2026, with a copy of the foregoing via e-mail.

*/s/ William P. Ramey, III*
William P. Ramey, III