UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC** | § § | |
| vs. | § § | NO:  MO:25-CV-00401-DC-DTG |
| **THE KROGER CO.**<br>*Defendant* | § § | |

# ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, on Wednesday, January 28, 2026 at 02:00 PM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **22nd day of January, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE