# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

WOLVERINE BARCODE IP, LLC §
 §  CIVIL NO:
vs. § MO:25-CV-00401-DC
 §
THE KROGER CO. §

## ORDER RESETTING
## FINAL PRETRIAL HEARING (PATENT CASE)

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **FINAL PRETRIAL HEARING (PATENT CASE)** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Thursday, June 17, 2027 at 03:00 PM**.

IT IS SO ORDERED this 27th day of January, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE