IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **Wolverine Barcode IP, LLC,**<br>**Plaintiff**<br><br>v.<br><br>**The Kroger Co.,**<br>**Defendant.** | Civ. No. 7:25-cv-00401-DC-DTG |

## ERRATA TO RULE 11 MOTION (D.E. 26)

After the Rule 11 Motion (D.E. 26) was filed, Plaintiff represented that its infringement contentions and related material had been timely served. Those materials have since been located and confirmed to have been timely received, notwithstanding the statement on page 4 of the Motion. The contentions for the only independent claim, Claim 1, were the same as those set forth in Exhibit B to the Complaint (D.E. 1-2).

Respectfully submitted,

Dated: March 11, 2026

By: */s/ William P. Atkins*
William P. Atkins
CUSHMAN PARTNERS LLC
1100 H Street; Suite 740
Washington, D.C. 20005
Phone: 202-991-0006
Email: wpa@cushmanlaw.com

Greg Love
Texas Bar No. 24013060
STECKLER WAYNE & LOVE, PLLC
107 East Main Street
Henderson, Texas 75652
Phone: 903.212.4444
Fax: 903.392.2267
Email: greg@swclaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 11, 2026.

>  */s/ William P. Atkins*
> William P. Atkins