**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **Wolverine Barcode IP, LLC,**<br>**Plaintiff**<br><br>**v.**<br><br>**The Kroger Co.,**<br>**Defendant.** | **Civ. No. 7:25-cv-00401-DC-DTG** |

**DEFENDANT KROGER'S NOTICE OF SERVICE**
**OF PRELIMINARY INVALIDITY CONTENTIONS**

Defendant The Kroger Co. hereby provides notice that, pursuant to and in accordance with the Court's Scheduling Order (D.E. 23) and the Court's Standing Order Governing Patent Proceedings, Defendant served its Preliminary Invalidity Contentions on Plaintiff Wolverine Barcode IP, LLC. on March 18, 2026.

Respectfully submitted,

Dated: March 20, 2026

By: */s/ William P. Atkins*
William P. Atkins
CUSHMAN PARTNERS LLC
1100 H Street; Suite 740
Washington, D.C. 20005
Phone: 202-991-0006
Email: wpa@cushmanlaw.com

Greg Love
Texas Bar No. 24013060
STECKLER WAYNE & LOVE, PLLC
107 East Main Street
Henderson, Texas 75652
Phone: 903.212.4444
Fax: 903.392.2267
Email: greg@swclaw.com

Attorneys for Defendant

- 1 -

- 2 -

# <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 20, 2026.

*/s/ William P. Atkins*
William P. Atkins
