**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>        **Plaintiff,** | **Civil Action No. 7:25-cv-00401-DC-DTG** |
| **v.** | |
| **THE KROGER CO.,**<br>        **Defendant** | **JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(ii), the Plaintiff, Wolverine Barcode IP, LLC, and Defendant, The Kroger Co., hereby jointly stipulate the dismissal of this action for all of Plaintiff's claims.  The Parties further jointly stipulate and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent, and all of Defendant's counterclaims shall be dismissed WITHOUT PREJUDICE.  This stipulation follows the service and filing of Defendant's motion under Federal Rule of Civil Procedure 11 (ECF 26), which remains unadjudicated and is withdrawn without prejudice in light of Plaintiff's dismissal with prejudice. The Parties further jointly stipulate and agree that each party shall bear its own costs and attorneys' fees.

 Dated:  March 25, 2026

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
446 Heights Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923
wramey@rameyfirm.com

***Attorneys for Plaintiff***

1

/s/ William P. Atkins
William P. Atkins
CUSHMAN PARTNERS LLC
1100 H Street; Suite 740
Washington, D.C. 20005
Phone: (202) 991-0006
Email: wpa@cushmanlaw.com

Greg Love
Texas Bar No. 24013060
STECKLER WAYNE & LOVE, PLLC
107 East Main Street
Henderson, Texas 75652
Phone: (903) 212-4444
Email: greg@swclaw.com

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that March 25, 2026, the foregoing document was served

on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

/s/ William P. Ramey, III
William P. Ramey, III

2